# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4265

_____

TRENTON PATRICK HOOKS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

December 3, 2018

PER CURIAM.

The second amended petition for writ of habeas corpus is denied on the merits.

WOLF, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tony L. Henderson, Milton, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.